STATE OF NEW JERSEY v. OMAR BEASLEY.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL KOSKER.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY WALKER.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY HAGOOD.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT W. LAWTON, JR.

June 9, 1987.

Petition for certification denied.